**Richard P. Bertolino, SBN: 091593**
**John P, Hallissy, SBN: 155120**
**Dillon A. Fleming, SBN: 337453**
**Sacino, Bertolino & Hallissy**
**A Professional Corporation**
608 University Avenue
Sacramento, CA 95825
(916) 649-2214 Telephone
(916) 649-9241 Facsimile
rbertolino@sbhlawoffice.com
jhallissy@sbhlawoffice.com
dillon@sbhlawoffice.com

Attorneys for Plaintiff
FINANCIAL PACIFIC INSURANCE CO.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FINANCIAL PACIFIC INSURANCE CO.,<br><br>Plaintiff,<br><br>vs.<br><br>WEST AMERICAN INSURANCE CO.,<br><br>Defendant. | **Case No.: 2:25-CV-02474-AC**<br><br>**ORDER OF DISMISSAL PURSUANT TO THE STIPULATION OF THE PARTIES UNDER FEDERAL RULES OF CIVIL PROCEDURE § 41(a)(I)(ii)** |

IT IS ORDERED THAT THIS ACTION BE, AND IS HEREBY DISMISSED, WITH PREJUDICE as to all claims, causes of action, and parties, with each party to bear that party's own attorney fees and costs.

Dated: August 31, 2026

[signature]
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE